**Ronald BRASSFIELD, Appellant,**

**v.**

**PULLMAN POWER PRODUCTS, Respondent.**

**No. WD 64337.**

Missouri Court of Appeals, Western District.

March 15, 2005.

Jerrold Kenter, Kansas City, MO, for Appellant.

John D. Jurcyk, Roeland Park, KS, for Respondent.

Before: LOWENSTEIN, P.J., SPINDEN and SMART, JJ.

### ORDER

PER CURIAM.

Ronald Brassfield appeals from the dismissal of his worker's compensation claim for lack of jurisdiction. The judgment is affirmed. Rule 84.16(b).